UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CEQUEL COMMUNICATIONS, LLC d/b/a
SUDDENLINK COMMUNICATIONS,

                     Plaintiff,

-against-

MOX NETWORKS, LLC,

                     Defendant.

Civil Action No.:  1:21-cv-05577

**DEFENDANT'S RULE 7.1
CORPORATE DISCLOSURE
STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant MOX Networks, LLC discloses that it is not a publicly held corporation, has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: July 2, 2021

*/s/ Andrew B. Joseph*
Andrew B. Joseph
**FAEGRE DRINKER BIDDLE &
REATH LLP**
1177 Avenue of the Americas, 41st Floor
New York, New York 10036
Telephone: (212) 248-3140
Facsimile: (212) 248-3141
Andrew.Joseph@faegredrinker.com
*Attorneys for Defendant MOX Networks,
LLC*