UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
CEQUEL COMMUNICATIONS, LLC           Case No. 1:21-cv-05577
d/b/a SUDDENLINK COMMUNICATIONS,

                        Plaintiff,        **PLAINTIFF'S**
                                         **RULE 7.1 DISCLOSURE**
         -against-              **STATEMENT**

MOX NETWORKS, LLC,

                        Defendant.
------------------------------------------------------------------------X

       Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, Cequel Communications, LLC d/b/a Suddenlink Communications, discloses that the following are corporate parents and/or publicly held corporations owing 10% or more of its stock: CSC Holdings, LLC; Cablevision Systems Corporation; and Altice USA, Inc.

Dated:  Uniondale, New York
        July 21, 2021

                                                    *Joseph P. Asselta*
                                                    Joseph P. Asselta, Esq.
                                                    FORCHELLI DEEGAN TERRANA LLP
                                                    Attorneys for Plaintiff,
                                                    Cequel Communications, LLC
                                                    d/b/a Suddenlink Communications
                                                    333 Earle Ovington Blvd., Suite 1010
                                                    Uniondale, NY 11553
                                                    (516) 248-1700