UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CEQUEL COMMUNICATIONS, LLC d/b/a SUDDENLINK COMMUNICATIONS,<br><br>                Plaintiff,<br><br>-against-<br><br>MOX NETWORKS, LLC,<br><br>                Defendant. | Civil Action No.: 1:21-cv-05577<br><br>NOTICE OF MOTION TO WITHDRAW AS COUNSEL |

**PLEASE TAKE NOTICE THAT** Kristen N. Roshto of Faegre Drinker Biddle & Reath LLP, who previously noted her appearance on behalf of Defendant MOX Networks, LLC ("Defendant") in the above-captioned action (ECF No. 4), hereby requests the Court's permission to withdraw as attorney for Defendant.

**PLEASE TAKE FURTHER NOTICE THAT** Andrew B. Joseph of Faegre Drinker Biddle & Reath LLP will remain as counsel to Defendant and therefore Defendant does not expect that withdrawal of counsel's appearance will cause any disruption in this matter. Accordingly, pursuant to Local Civil Rule 1.4, Defendant respectfully requests that the Court order the withdrawal of Kristen N. Roshto as counsel for Defendant and remove her from the ECF notification system.

Withdrawing counsel is not retaining or charging a lien.

Dated: October 20, 2021

                                                  */s/ Kristen N. Roshto*
                                                  Kristen N. Roshto
                                                  Andrew B. Joseph
                                                  **FAEGRE DRINKER BIDDLE & REATH LLP**
                                                  1177 Avenue of the Americas, 41st Floor
                                                  New York, New York 10036
                                                  Telephone: (212) 248-3140

Facsimile: (212) 248-3141
Andrew.Joseph@faegredrinker.com
Kristen.Roshto@faegredrinker.com
*Attorneys for Defendant MOX Networks, LLC*

It is on this _____ day _____, 2021

SO ORDERED by

_____
Hon. Naomi Reice Buchwald