UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CEQUEL COMMUNICATIONS, LLC d/b/a SUDDENLINK COMMUNICATIONS,<br><br>Plaintiff,<br><br>-against-<br><br>MOX NETWORKS, LLC,<br><br>Defendant. | Civil Action No.: 1:21-cv-05577<br><br>**REVISED SCHEDULING ORDER** |

Pursuant to Federal Rules of Civil Procedure 16 and 26, Defendant MOX Networks, LLC hereby submits the following proposed revised scheduling order:

1. Fact discovery must be completed by **September 15, 2022**.

2. The parties will conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York. The following interim deadlines may be extended by the written consent of all parties without application to the Court, provided that all fact discovery is completed by the date set forth in paragraph 1 above:

    A. Fact depositions to be completed by **August 15, 2022**.

    B. Requests to admit to be served no later than **August 27, 2022**.

3. Each party anticipates taking about **5-8 depositions**.

4. Plaintiff's expert report is due on **October 15, 2022**.

5. Defendant's expert report is due on **November 15, 2022**.

6. Expert discovery to be completed by **January 15, 2023**.

7. If any party wishes to make a dispositive motion, it must file a letter in accordance with this Court's Individual Practices Rule 2(B) within **60** days of completion of discovery.

8. The parties will update the Court every 60 days on the status of discovery in this matter.

**SO ORDERED:**

*[signature]*
Honorable Naomi Reice Buchwald

Dated: 6/24/2022

2