**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CEQUEL COMMUNICATIONS, LLC d/b/a SUDDENLINK COMMUNICATIONS, <br><br> Plaintiff, <br><br> v. <br><br> MOX NETWORKS, LLC, <br><br> Defendant. | Case No. 1:21-cv-05577 (NRB) <br><br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Marsha J. Indych, of the law firm of Faegre Drinker Biddle & Reath LLP, 1177 Avenue of the Americas, 41st Floor, New York, New York 10036, hereby enters her appearance as counsel for Defendant MOX Networks, LLC in the above-captioned matter.

Dated: July 18, 2022
       New York, New York

FAEGRE DRINKER BIDDLE & REATH LLP

By:   */s/ Marsha J. Indych*
        Marsha J. Indych

1177 Avenue of the Americas, 41st Floor
New York, NY 10036
212-248-3140
marsha.indych@faegredrinker.com

*Attorneys for Defendant*
*MOX Networks, LLC*