

250 Vesey Street
27th Floor
New York, NY 10281

wmhlaw.com
T: 212-335-2030
F: 212-335-2040

September 14, 2022

**Via ECF**

Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Application granted.
SO ORDERED.

*/s/ Naomi Reice Buchwald*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated:   September 16, 2022
         New York, NY

Re:  *Cequel Communications, LLC v. MOX Networks, LLC,* No. 21-CV-5577

Dear Judge Buchwald:

We represent Plaintiff Cequel Communications, LLC ("Cequel") in the above-referenced matter.  We write to respectfully request a limited extension of time to complete fact discovery.  Specifically, we request leave from the Court to produce Cequel witness Herbert Boyd, whom Defendant MOX Networks, LLC ("MOX") noticed for a fact deposition, after the September 15, 2022 fact discovery deadline on a date agreed upon by the parties due to a medical emergency.

On June 24, 2022, the Court set the current fact discovery deadline of September 15, 2022.  Since then, the parties have worked diligently and collaboratively to meet this deadline.  Yesterday, Cequel learned that Mr. Boyd, whose deposition was scheduled for September 15, 2022, was hospitalized for health complications related to a condition that developed last month.  Cequel immediately notified MOX of the circumstances and its intention to make this request for leave from the Court.  Defendant consents to this request.

This request is limited to Mr. Boyd's deposition and does not otherwise affect the parties' ability to meet the fact discovery deadline in this matter.

Respectfully submitted,

WALDEN MACHT & HARAN LLP

By:   */s/ Avni Patel*

    Avni P. Patel
    Johnson Lin
    Peter A. Devlin

FORCHELLI DEEGAN TERRANA LLP

By:   */s/ David Loglisci*

    David Loglisci

cc:   All parties, via ECF