

250 Vesey Street
27th Floor
New York, NY 10281

wmhlaw.com
T: 212-335-2030
F: 212-335-2040

November 14, 2022

**Via ECF**

Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:  *Cequel Communications, LLC v. MOX Networks, LLC,* No. 21-CV-5577

Dear Judge Buchwald:

    Counsel for Plaintiff, Cequel Communications, LLC d/b/a Suddenlink Communications, and for Defendant, MOX Networks, LLC, jointly write to update the Court on the status of discovery in this matter, pursuant to the Revised Scheduling Order "so ordered" on June 24, 2022.

    The parties have completed fact discovery and are currently engaged in expert discovery. On October 15, 2022, Plaintiff served its expert report on Defendant. Pursuant to the Court's Order dated November 11, 2022, Defendant's expert report is due on or by December 15, 2022. The deadline for expert discovery is February 15, 2023.

    Thank you for your Honor's attention to this matter.

WALDEN MACHT & HARAN LLP

By:   */s/ Avni Patel*
      Avni P. Patel

*Attorneys for Plaintiff*

FAEGRE DRINKER BIDDLE & REATH LLP

By:   */s/ Andrew Joseph*
      Andrew B. Joseph

*Attorneys for Defendant*