UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CEQUEL COMMUNICATIONS, LLC d/b/a SUDDENLINK COMMUNICATIONS,<br><br>                  Plaintiff,<br><br>-against-<br><br>MOX NETWORKS, LLC,<br><br>                  Defendant. | Civil Action No.:  1:21-cv-05577<br><br>**DEFENDANT'S FRCP 26(a)(2)(A) EXPERT AND REBUTTAL EXPERT WITNESS DISCLOSURE** |

Defendant MOX Networks, LLC ("MOX") hereby makes the following expert and rebuttal expert disclosures pursuant to Federal Rule 26(a)(2)(A).  MOX may call the persons identified below at trial to offer evidence under Rules 702, 703 or 705 of the Federal Rules of Evidence:

1. Expert
   David McNamara
   President/CEO
   Communications and Cabling Contractors Inc.
   320 Attwell Drive, Toronto, ON

2. Rebuttal Expert
   Daniel L. Peterson Jr., Ph.D., P.E.
   Director of Network Architecture & Corporate Strategy
   OFS
   Dallas, Texas

MOX certifies that a written report prepared and signed by Mr. McNamara, including all information required by Fed. R. Civ. P. 26(a)(2)(B), has been served contemporaneously with the filing of this disclosure.  MOX further certifies that a written rebuttal report prepared and signed by Mr. Peterson, including all information required by Fed. R. Civ. P. 26(a)(2)(B), has been served contemporaneously with the filing of this disclosure.

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: December 15, 2022<br>New York, New York | FAEGRE DRINKER BIDDLE & REATH LLP<br><br>By: <u>*/s/ Marsha J. Indych*</u><br>        Andrew B. Joseph<br>        Marsha J. Indych<br>1177 Avenue of the Americas, 41st Floor<br>New York, New York 10036<br>Tel: (212) 248-3140<br>andrew.joseph@faegredrinker.com<br>marsha.indych@faegredrinker.com<br><br>*Attorneys for Defendant MOX Networks, LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing document and expert witness reports on all counsel of record via e-mail on December 15, 2022.

                                                       */s/ Marsha J. Indych*
                                                      Marsha J. Indych