

250 Vesey Street
27th Floor
New York, NY 10281

wmhlaw.com
T: 212-335-2030
F: 212-335-2040

April 26, 2023

**Via ECF**

Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:  *Cequel Communications, LLC v. MOX Networks, LLC,* No. 21-CV-5577

Dear Judge Buchwald:

    Counsel for Plaintiff, Cequel Communications, LLC d/b/a Suddenlink Communications, and Defendant, MOX Networks, LLC, jointly write to update the Court on the status of this matter, pursuant to the Court's email dated April 19, 2023.

    The parties have completed all discovery in this matter.  In particular, the parties completed final expert discovery on March 31, 2023.  Pursuant to the Revised Scheduling Order (Dkt. 31) and this Court's Individual Practices Rule 2(B), the parties will submit any letters requesting a pre-motion conference concerning dispositive motions no later than 60 days from the completion of discovery, or May 30, 2023.  The parties have also engaged in ongoing settlement discussions throughout discovery, but have not reached a resolution.

    Thank you for your Honor's attention to this matter.

| | |
|---|---|
| WALDEN MACHT & HARAN LLP | FAEGRE DRINKER BIDDLE & REATH LLP |
| By:  */s/  Avni Patel* <br>       Avni P. Patel | By:  */s/  Marsha Indych* <br>       Marsha J. Indych |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |