**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007

**NAOMI REICE BUCHWALD**                                                                           (212) 805-0194
**UNITED STATES DISTRICT JUDGE**

May 24, 2023

Avni P. Patel
Johnson Li Lin
Peter A. Devlin
Walden Macht & Haran LLP
250 Vesey Street, Suite 27th Floor
New York, NY 10281

David Loglisci
Forchelli, Deegan & Terrana LLP
333 Earle Ovington Boulevard, Suite 1010
Uniondale, NY 11553

Jennifer G. Chawla
Kristen N. Roshto
Marsha Indynch
Andrew Joseph
Faegre Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, NJ 07932

RE: **Cequel Communications, LLC v. Mox Networks, LLC**
21 Civ. 5577 (NRB)

Dear Counsel:

      The Court has reviewed your letters filed on May 8 and May 11, 2023. ECF Nos. 50, 51. Plaintiff's application to adjourn <u>sine die</u> the deadline to submit pre-motion letters regarding dispositive motions is denied. The Court does not discern a need to isolate the proposed <u>Daubert</u> motion. Rather, any issues regarding experts can be addressed in the context of the anticipated dispositive motions.

Very truly yours,

*/s/ Naomi Reice Buchwald*
Naomi Reice Buchwald
United States District Judge