**WALDEN MACHT & HARAN** LLP

250 Vesey Street
27th Floor
New York, NY 10281

wmhlaw.com
T: 212-335-2030
F: 212-335-2040

September 8, 2023

**Via ECF**

Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*ENDORSED*
*Application denied as moot.*
*[signature] Naomi Reice Buchwald*
*October 3, 2023*
*USDJ*

Re:   *Cequel Communications, LLC v. MOX Networks, LLC*, No. 21-CV-5577

Dear Judge Buchwald:

     Plaintiff Cequel Communications, LLC ("Cequel") submits this letter, pursuant to Section 6 of ECF Rules & Instructions and Your Honor's Individual Practices Rule 2(H), to respectfully request sealing and redacted treatment of the below exhibits to the Declaration of Avni P. Patel, filed with Cequel's Motion for Summary Judgment. The reason for the requested treatment is Defendant MOX Networks, LLC ("MOX") has informed undersigned counsel that MOX intends to apply to seal and/or redact the below documents. The Court should allow these exhibits to be filed temporarily under seal and/or redacted to allow MOX time to submit its application.

| Document | Request |
|---|---|
| Exhibit 51 (MOX0077416) | Redactions |
| Exhibit 79 (MOX0043168) | Redactions |
| Exhibit 77 (MOX0077397) | Redactions |
| Exhibit 78 (COMCASTCEQUEL00000852) | Redactions |
| Exhibit 34 (COMCASTCEQUEL00000028) | Sealed |
| Exhibit 35 (COMCASTCEQUEL00000017) | Sealed |

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

/s/ Avni P. Patel
Avni P. Patel

cc:   All counsel of record (via ECF)