

250 Vesey Street
27th Floor
New York, NY 10281

wmhwlaw.com
T: 212-335-2030
F: 212-335-2040

April 29, 2025

**Via ECF**
The Honorable Naomi R. Buchwald
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Re: ***Cequel Communications, LLC d/b/a Suddenlink Communications v. Mox Networks, LLC,*** **No. 21-cv-5577**

Dear Judge Buchwald:

Counsel for Plaintiff Cequel Communications, LLC d/b/a Suddenlink Communications and Defendant MOX Networks, LLC (together, the "Parties") jointly write to respectfully request a further extension of the deadline to file a proposed schedule for the resolution of the outstanding claims in this matter. On August 23, 2024, the Court issued a Memorandum and Order (the "August 23 Order") granting Plaintiff's motion for summary judgment on its first three claims for breach of contract and denying Defendant's cross-motion for partial summary judgment. *See* ECF No. 88. The Court directed the Parties, if unable to resolve the remaining claims, to file a proposed schedule for their resolution within 45 days of the August 23 Order. *Id*.

Since the August 23 Order, the Parties have engaged in good faith negotiations in efforts to resolve the remaining claims. The Parties have jointly requested extensions of the deadline to file the proposed schedule six times, on October 4, 2024, October 21, 2024, November 22, 2024, January 17, 2025, February 27, 2025, and March 28, 2025. *See* ECF No. 89, 91, 93, 95, 97, and 99. The Court granted all six requests. *See* ECF No. 90, 92, 94, 96, 98, and 100. The deadline to submit a proposed schedule is currently April 30, 2025.

Since the last extension request, the Parties have continued to engage in good faith settlement negotiations. The Parties have reached an agreement in principle regarding the material monetary terms, but need more time to negotiate remaining material non-monetary terms in efforts towards a full resolution of the matter. The Parties have begun exchanging drafts of a potential settlement agreement with these non-monetary terms and will continue to confer about such terms. Accordingly, the Parties respectfully request to extend the deadline to file a proposed schedule for resolving the remaining claims to May 7, 2025. This is the Parties' seventh request for an extension of this deadline and this request does not affect any other scheduled dates.

```
Application granted.

SO ORDERED.
```

*[Signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE
Dated:      May 2, 2025
            New York, New York

Thank you for Your Honor's attention to this matter.

| | |
|---|---|
| WALDEN MACHT HARAN & WILLIAMS LLP | FAEGRE DRINKER BIDDLE & REATH LLP |
| By: /s/ Avni P. Patel | By: /s/ Marsha J. Indych |
| Avni P. Patel<br>*Attorneys for Plaintiff* | Marsha J. Indych<br>*Attorneys for Defendant* |

2