

250 Vesey Street
27th Floor
New York, NY 10281

wmhwlaw.com
T: 212-335-2030
F: 212-335-2040

June 13, 2025

**Via ECF**
The Honorable Naomi R. Buchwald
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

  Re: *Cequel Communications, LLC d/b/a Suddenlink Communications v. Mox Networks, LLC,* **No. 21-cv-5577**

Dear Judge Buchwald:

  Counsel for Plaintiff Cequel Communications, LLC d/b/a Suddenlink Communications and Defendant MOX Networks, LLC (together, the "Parties") jointly write to respectfully request a further extension of the deadline to file a proposed schedule for the resolution of the outstanding claims in this matter. On August 23, 2024, the Court issued a Memorandum and Order (the "August 23 Order") granting Plaintiff's motion for summary judgment on its first three claims for breach of contract and denying Defendant's cross-motion for partial summary judgment. *See* ECF No. 88. The Court directed the Parties, if unable to resolve the remaining claims, to file a proposed schedule for their resolution within 45 days of the August 23 Order. *Id.*

  Since the August 23 Order, the Parties have jointly requested extensions of the deadline to file the proposed schedule eight times, on October 4, 2024, October 21, 2024, November 22, 2024, January 17, 2025, February 27, 2025, March 28, 2025, April 29, 2025, and May 7, 2025. *See* ECF No. 89, 91, 93, 95, 97, 99, 101, and 103. The Court granted all eight requests. *See* ECF No. 90, 92, 94, 96, 98, 100, 102, and 104.

  In the last extension request, the Parties notified the Court that we were in the process of finalizing a settlement agreement, which provides for, among other things, a settlement payment to be made within thirty (30) days of executing the agreement and a Stipulation of Dismissal With Prejudice to be filed with the Court within five (5) business days of the receipt of such payment. The Court extended the deadline to submit a proposed schedule or a Stipulation of Dismissal With Prejudice to June 13, 2025.

  Since the last extension request, the Parties have executed the settlement agreement. The deadline for Defendant to make its settlement payment is June 18, 2025. Accordingly, the Parties respectfully request that the Court extend the time for the Parties to either file a Stipulation of Dismissal With Prejudice or a proposed schedule for resolving the remaining claims to June 25, 2025. This is the Parties' ninth request for an extension of this deadline and this request does not affect any other scheduled dates.

Thank you for Your Honor's attention to this matter.

| | |
|---|---|
| WALDEN MACHT HARAN & WILLIAMS LLP | FAEGRE DRINKER BIDDLE & REATH LLP |
| By: /s Avni P. Patel | By: /s/ Marsha J. Indych |
| Avni P. Patel | Marsha J. Indych |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

Application granted.

SO ORDERED.

*(signed)* NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Date:   June 17, 2025
        New York, New York